RECEIVED

APR 0 6 2022

AT 8:30_____M
WILLIAM T. WALSH, CLERK

United STATES District Court
For The District of New Jersey

Michael Majette
   Plaintiffs

                              Civil Action: _____
                              _____
     Vs


Commissioner Marcus Hicks
Commissioner Victoria L. Kuhn
Administrator Patrick Nogan
Administrator _ Gangi
Administrator _ Sims
Administrator _ Vera
S. I. D. John / Jane Doe
Custody John / Jane Doe
Rutghers Medical Service John / Jane Doe
Classification John / Jane Doe
       Defendants


1A. Jurisdiction is asserted pursuant
to      42 U.S.C. § 1983 (applies to state
prisoners).

1

1b. Indicate whether you are a prisoner or other confined person as follows: Convicted And state prisoner

2. Previously Dismissed Federal Civil Actions or Appeals

A Parties to previous lawsuit: Ø

B. Court And docket number: Ø

C. Grounds for dismissal: Ø

d. Approximate date of filing lawsuit: Ø

E. Approximate date of disposition: Ø

3. Place of Present Confinement: East Jersey State Prison Lock Bag R Rayway, NJ 07065

2

4.  Parties:

A.  NAME of Plaintiff: Michael Majette

Address: East Jersey STATE Prison  Lock Bag R   Rahway, NJ 07065

Inmate: SBI# 905021B; state# 1164918

B.  First Defendant:

NAME: Commissioner Marcus Hicks And Commissioner Victoria L. Kuhn

Official position: Oversees New Jersey Department of Corrections

Place of employment: STATE of New Jersey Department of Corrections Whittley Rd. P.O.Box 863  Trenton, NJ  08625-0863

3

Violation of Eight Amendment:
Allowing defendants at northern state
Prison inflict cruel and unsual punish-
ment by classify a ranger inmate in
cell with Plaintiff, that have a known
Violet history AND use K2 synthetic
weed, not following classification policy
in placing inmates that are compatible
with each other AND deliberate indiff-
erence to serious medical Need at northern
state Prison by allowing defendants not
to follow policy Afterwards of injuries
suffer And lor Not having a investigation
done by S.I.D. or Administration

Violation of Fourteenth Amendment:
Denied equal protection of law inmates
similar situated like Plaintiff in providing
safety to Plaintiff in restricted housing.

C. Second defendant:

4

Administrator(s) P. Nogan, _ Gangi- _ Sims, _ Vera.

Official Position: Oversees Northern STATE Prison And enforce Policy implement by Commissioner of New Jersey

Place of employment: Northern State Prison 168 Frontage Newark, NJ 07114-2300

Violation of Eight Amedment cruel and unsual punishment failure to investigate the asswlt, injuries, deliberate indifference to a series medical need allowing medical at Northern State Prison to deny medical attention after hospital stay at University hospital in Newark, NJ

Violation of Farteenth Amedment: Denied equal protection of law inmates similar situated like Plaintiff, failure to

5

investigate assault on Plaintiff, failure
to implement policy And procedure in
Classify Plaintiff in cell with NON-
violet inmates or inmates who use
drugs.

D.  Third defendant:

NAme:  S. I. D. (Special) INtelligent
Division John/JaneDoe

OFFicial Position:  Investigation
Unit of inmates conduct, assault And
Correctional OFFicer's order by Admini-
stration or Commissioner of NewJersey

Place ofemployment:  NortherN STATE
Prison 168 Frontage   Newark, NJ 07114-
2300

violation of Eight Amendment: cruel
and unsual punishment fail to investi-

6

gate the assault on Plaintiff, failure
to administer any type of remedy
due to serious nature of assault or
hold anyone accountable, deliberate
indifference to a serious medical
Need by not order medical defendants
John/Jane Doe to implement policy
And procedure for proper medical attention
And/or allowing classification to place
Plaintiff life in danger by placing him in
a cell with a violet inmate And
Known Drug User

Violation of Fourteeth Amendment:
Denied equal protection of the law
other inmates in D restrictive housing
similar situated like Plaintiff in
housing, medical attention and
safety.

E.    Fourth Defendant:


7.

NAME: Custody John/ Jane Doe

Official position: Safety And
Security of inmates at Northern
State Prison Restricted Housing Unit

Place of employment: Northern STATE
Prison 168 Frontage        Newark, NJ 07114-
2300

Violation of Eight Amendment: cruel
And unsual punishment failure to
follow policy And procedure after assault,
contact S.I.D., file a injury report
after assault And deliberate indifference
to a serious medical Need failure to
follow policy And procedure on inmate on
inmate assault.

Violation of Fourteenth Amendment:
Denied equal protection of the law inmates
similar situated like Plaintiff in

8

Administer help after assault, contact
S.I.D. for investigation or filing any
injury report pertain to assault.

F.    Fifth Defendant:

Name: Rutgers Medical Service
John/Jane Doe  LPN's / RN's

Official Position: Administer proper
medical Attention to inmates at
northern state Prison including Restricted
housing, follow up care and physical
therapy.

Place of employment: Northern State
Prison 168 Frontage   Newark NJ 07114-
2300

Violation of Eight Amendment: cruel and
unsual punishment failure to follow
policy and procedure as a medical-
profession after assault (L.P.N's / R.N's-

9

deliberate indifference to a serious
medical need after assault, failure to
provide phyiscal therapy After assault
and proper medical care result into
Plaintiff having a mental or medical
disorder.

violation of Fourteenth Amendment:
Denied equal protection of law inmates
similar situated like Plaintiff in
medical care, physical therapy and/or
proper care pertain to New Jersey Dept.
of Correction Medical policy

G.     Sixth Defendant:

NAMe: Classification John / Jave Doe

OFFicial position: Classify inmates in
cell with other inmates based on
Age, height, weight, history of dry
use and violent past or present.

10

Place of employment: Northern State
Prison 108 Frontage     Newark, NJ 07114-
2300

Violation of Eight Amendment:
Cruel and unsual punishment placing
Plaintiff in cell with a younger inmate
that double his size in weight, height
violent and known druy user to assault,
create major injuries to Plaintiff head,
eyes, ankles, staples in his head and
disfigurement of eyesocket and/or
other major medical issues not pertain
to classificction policy for New Jersey
Department of correction

Violation of Farteenth Amendment:
Denied equal protection of the law
inmates similar situated like Plaintiff
in classify Plaintiff to be housed in
cell that protect his safety from
cell mates.

11

5. I previously have sought informal or formal relief from the Appropriate administrative officials regarding the Acts complained of in the statement of Claims on Page 12-17.

Plaintiff file inquiry - grievance on October 20, 2020. and exhusted to Trenton Central office " Denied Relief". Plaintiff also file a Tort claim with Trenton Central Office on December 3, 2020 "Denied Relief".

6.          STATEMenT of Claims:

7. On or about October 14, 2020 Plaintiff was housed at Northern State Prison Restricted housing D 3 West classified by classification at Northern State Prison.

12

8. On or about October 14, 2020 Plaintiff was place in cell on D3 West Restricted housing Unit by classification at northern State Prison.

9. Plaintiff was place in the cell with a larger inmate, double his size, taller than him, A Known user of smoking K2 synthetic weed And violet to other inmates and /or his collies.

10. Plaintiff went to custody many times to be place in the cell with someone that didnt smoke K2 synthetic weed, his Age brAcket, nor violent was denied by custody on D3 West.

11. On or about October 14, 2020 2:00 p.m. Plaintiff woke up at Ruthers University hospitel in Newark New Jersey prior to a

13

assault by his cellie from smoking
K2 synthetic weed.

12. Plaintiff suffer severe head injuries,
that require (4) staples to close
wounds on his head, broken ankle,
operation on his ankle with pins
inside his ankle which require a
cave to walk proper, tooth knock out-
brace on upper tooth area where he
can try eat proper, broken cheek
bones, broken right orbit in right
eye, operation on right eye and
(3) broken ribs

13. These injuries have left Plaintiff
in complication with medical
issues, not remember things, constant
head ache, barley can walk or see

14. On or about October 20, 2020
Plaintiff was transfer back to

14

Northern StatePrison from University
health hospital in Newark, New Jersey.

15 Plaintiff was place into
medical infirmary for about 2 days
and only given a cane and/or
denied physical therophy for his
injuries by medical defendants.

16. From October 14 - 20, 2020 Defen-
dants at northern state Prison
never offer any investigation of
what happen, file a injury report
as required by New Jersey Depart-
ment of correction policy and/or
S.I.D. come and talk with Plain-
tiff

17. The defendants swept Plaintiffs
assault under the rug, physical injury
and turn a blind eye to serious
medical injury Plaintiff have at this
present moment.

15

18.        Relief

Plaintiff is been transfer to a
halfway house called Liberty House
510 Liberty Street Camden, NJ 08104
from East Jersey STATE Prison LOCK BAG
R Rayway, NJ 07065. Plaintiff need
defendants to order Physical Therapy
for his serious injuries to his right
eye, ankle And /or deem Necessary
for Plaintiff to function in his
daily Activities without cost.

19. Plaintiff ask that defend outs not
retaliate or in concert with Liberty
House to violate him due to his
physical injury under the A. D. A.
" American Disability Act"

20. A declaration that the Acts
And omissions described herein
violated Plaintiffs rights under the

16

Constitutional and laws of the United
States

21. Compensatory damages in the
amount of $500,000.00 against each
defendant, jointly and severally.

22 Punitive damages in the Amount
of $500,000.00 Against each defen-
dant.

23. A jury trial on all issues
triable by jury.

24. Plaintiff's cost in this suit

25. Any additional relief this court
deem just, proper and equitable

Dated: March 28, 2022

17

_Michael Majette_ # 905021B
Respectfully Submitted:

Michael Majette # 905021B
/S/ Michael Majette SBI# 905021B
East Jersey STATE Prison
Lock BAG R
RAyway, NJ 07065

## Cert. of service

I, Michael Majette hereby certify
that the legal document 42 USC 1983 is
true and correct 28th day        of
MARch 2022  to following person(s):

Executed at RAyway, NewJersey
on                          2022

_Michael Majette_
Signature:

_Michael Majette_
Print name

18