**Other Orders/Judgments**
2:22-cv-01944-SDW-JBC
MAJETTE v. HICKS et al

IFP,PLO,PROSE-PR

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 6/17/2022 at 11:23 AM EDT and filed on 6/17/2022
**Case Name:** MAJETTE v. HICKS et al
**Case Number:** 2:22-cv-01944-SDW-JBC
**Filer:**
**Document Number:** 9

**Docket Text:**
**ORDER that the Clerk shall reopen this matter. Plaintiff's application to proceed in forma pauperis [8] is GRANTED. The Complaint [1] shall be filed but summons shall not issue. Plaintiff's Eighth Amendment failure to protect claims shall PROCEED against Defendants John/Jane Doe Classification Officers; however, before the summons can issue and the complaint can be served on the unnamed defendants, Plaintiff must identify the defendants and file an amended complaint. etc. Signed by Judge Susan D. Wigenton on 6/17/2022. (qa, )**

**2:22-cv-01944-SDW-JBC Notice has been electronically mailed to:**

**2:22-cv-01944-SDW-JBC Notice has been sent by regular U.S. Mail:**

MICHAEL MAJETTE
510 LIBERTY STREET
CAMDEN, NJ 08104

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=6/17/2022] [FileNumber=16215251-0] [53cb7c3072cf5d874eadd7ec119166bda10f43343fab703aaf440906ff5889eadf 4f6a66f6254b3f2e0a2b8fabc1b6a0c8b56b71edea7b0069f7c9d7ca5d86c6]]

2022 JUL 25 A 11:27
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
CLERK

**CLERK**
**UNITED STATES DISTRICT COURT**
**NEWARK, NEW JERSEY 07101**

OFFICIAL BUSINESS

XRAYED

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2022 JUL 25  A 11: 14

neopost
06/21/2022
US POSTAGE  $00.53⁰

FIRST-CLASS MAIL

ZIP 07102
041L11246772

NIXIE         171    CE 1         2207/15/22
RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 07101              *0319-06452-15-21

081043112 CO