Hon. Judge Clark,  7·12·22

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2022 JUL 29 A 10:51

I am writing in regards of case 2:22-cv-01944-SDW-JBC. I, Michael Majette, filed this complaint with the help of a fellow prisoner that I am no longer in contact with. Your Honor, I am completely ignorant to the law and what steps that need to be taken to further this complaint. I am in dire need of representation. I am not aware of all the defendants named in my complaint. I humbly request an attorney so that I can seek out all named or at fault. Staff, on the day of the incident, are at fault for the assault that I suffered. I humbly request an copie of my complaint. I am currently in a halfway house where access is limited to phone calls, legal access, etc. My original complaint was lost.

Your Honor, any help you can give would be appreciated.

Respectfully,
Mr. Michael Majette

Mr. Michael Majette #900021B
3 West Industrial Blvd. Bldg. #2
Bridgeton N.J. 08302

"Hon. James Clark"
U.S.D.C. Federal Court
50 Walnut Street.
Newark, New Jersey
07101